J-A24009-15

**NON-PRECEDENTIAL DECISION - SEE SUPERIOR COURT I.O.P. 65.37**

| COMMONWEALTH OF PENNSYLVANIA | IN THE SUPERIOR COURT OF PENNSYLVANIA |
|---|---|
| Appellee | |
| v. | |
| CARLOS J. F. FIGUEROA-FAGOT | |
| Appellant | No. 1270 EDA 2014 |

Appeal from the Judgment of Sentence April 4, 2014
In the Court of Common Pleas of Philadelphia County
Criminal Division at No(s): CP-51-CR-0009312-2012

BEFORE:  PANELLA, J., WECHT, J. and STRASSBURGER[*], J.

DISSENTING STATEMENT BY PANELLA, J.        **FILED DECEMBER 14, 2015**

I dissent. I would affirm the three convictions. The trial court opinion ably addresses the issues raised on appeal. Accordingly, I would affirm the judgment of sentence based on Judge Dubow's well-written opinion. ***See*** Trial Court Opinion, 10/31/14, at 1-9, 12-14.

---

[*] Retired Senior Judge assigned to the Superior Court.